**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-05038-01-CR-SW-GAF |
| ) | |
| DONALD LEE ZAERR, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

Before the Court is the plaintiff's Motion for Final Order of Forfeiture (Doc. 28). On January 7, 2010, this Court entered a Preliminary Order of Forfeiture (Doc. 25) which ordered defendant Donald Lee Zaerr to forfeit, pursuant to 18 U.S.C. § 2253, all his right, title, and interest in the following property:

1. E-Machine, CPU SN #CBM32E0020728;
2. Homebuilt CPU ID #CBW00090;
3. Gateway CPU SN #GCX7221000041;
4. E-Machine CPU Tower, SN #GCDG120004325;
5. HP OMNZBook, SN #TWO1603224;
6. Homebuilt CPU, No Serial Number;
7. Compaq Presario, SN #X820BXR87330;
8. Dell Dimension 2400, SN # CN0T54387082158NN0P0;
9. Dell Dimension 2400, SN # CN0T543870821598536A;
10. Dell Dimension 2400, SN # CN0YD5447082168B430Q;
11. Dell Dimension E310, SN #459WK91;
12. Gateway Essential 500, SN # 0017754063;
13. Four Thumb Drives; and
14. 28 CDR disks.

The United States caused to be published on the Internet site *www.forfeiture.gov*, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of

their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

No timely claim has been filed. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The Court finds that defendant Donald Lee Zaerr had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the property described above is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253;

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office, Attention: Robyn L. McKee, Assistant U.S. Attorney, 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED.**

s/ Gary A. Fenner  
Gary A. Fenner, Judge  
United States District Court

DATED: March 24, 2010